UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------X

LUTHER McBRIDE,

          Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

          Defendant.

-------------------------------------------------X

CIVIL ACTION NO.:

05-11131 NMG

### CERTIFICATION OF PLAINTIFF

Plaintiff, LUTHER McBRIDE, and his undersigned counsel, in accordance with Local Rule 16.1, certify that they have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course–and various alternative courses–of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Plaintiff,

6/1/05
Dated

By: _____
LUTHER McBRIDE

LAW OFFICE OF
STEPHEN L. RAYMOND, ESQ.
Attorney for Plaintiff

6/5/15
Dated

By: _____
Stephen L. Raymond
3 Washington Square, Ste. 206
Haverhill, MA 01830
(978) 372-6590
BBO #567753