# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LUTHER MCBRIDE,
     Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,
     Defendant.

CIVIL ACTION NO.

05 11131 NMG

## STIPULATION REGARDING ADDITIONAL TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD

By agreement of the parties listed below, it is hereby stipulated that the defendant shall have additional time to answer or otherwise plead in response to the plaintiff's complaint, and that the answer or other responsive pleading of the defendant is now due to be filed on or before September 23, 2005.

*Stipulated and agreed to*
by counsel for Plaintiff:

Stephen L. Raymond
**Law Offices of Stephen L. Raymond**
3 Washington Square - Suite 206
Haverhill, MA    01830
Ph:   978/372-6590

*Stipulated and agreed to*
by counsel for Defendant:

Stephen D. Rosenberg       [BBO # 558415]
**McCormack & Epstein**
One International Place -7th Floor
Boston, MA    02110
Ph:     617/951-2929
Fax:   617/951-2672