# United States District Court

DISTRICT OF MASSACHUSETTS

LUTHER McBRIDE

V.

AETNA LIFE INSURANCE COMPANY

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

05 11131 NMG

TO: (Name and address of defendant)

AETNA LIFE INSURANCE COMPANY
c/o Commissioner of Insurance, Commonwealth of Massachusetts
Division of Insurance
One South Station
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN L. RAYMOND, ESQ.
3 Washington Square, Ste. 206
Haverhill, MA 01830
(978) 372-6590

an answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK




(BY) DEPUTY CLERK

JUN - 1 200

DATE



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

[illegible]

I hereby certify and return that on [illegible] I served a [illegible] copy of the [illegible] Company and [illegible] in this action in the following manner [illegible] by leaving at the office of the Insurance Commissioner for the Commonwealth [illegible]

Deputy Sheriff