UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------x

**LUTHER McBRIDE,**

                    **Plaintiff,**　　　　　　　　　CIV. NO.: 05-11131 NMG

            v.

**AETNA LIFE INSURANCE COMPANY,**

                  **Defendant.**

------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff, LUTHER McBRIDE, and defendant AETNA LIFE INSURANCE COMPANY, hereby stipulate that all claims in the captioned-action be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs, and with rights of appeal waived.

| | |
|---|---|
| LAW OFFICE OF<br>STEPHEN L. RAYMOND, ESQ.<br>Attorney for Plaintiff | THE McCORMACK FIRM, LLC<br>Attorney for Defendant |
| By: _____<br>Stephen L. Raymond<br>3 Washington Square, Ste. 206<br>Haverhill, MA 01830<br>(978) 372-6590<br>BBO #567753 | By: _____<br>Stephen D. Rosenberg, Esq.<br>One International Place, 7th Floor<br>Boston, MA 02110<br>(617) 951-2929<br>BBO # |
| Dated: 5/25/06 | Dated: 5/31/06 |